No. 91–6967.  TAYLOR v. UNITED STATES.  C. A. 11th Cir. Certiorari denied.

No. 91–6974.  MARTIN v. UNITED STATES; and
No. 91–7013.  HAMPTON v. UNITED STATES.  C. A. 7th Cir. Certiorari denied.  Reported below: 945 F. 2d 1387.

No. 91–6989.  CARTER v. UNITED STATES.  C. A. 4th Cir. Certiorari denied.

No. 91–7088.  GRADY v. UNITED STATES.  C. A. 9th Cir.  Certiorari denied.

No. 91–7127.  LOVE v. UNITED STATES.  C. A. 7th Cir.  Certiorari denied.

No. 91–7186.  JONES v. MURRAY, DIRECTOR, VIRGINIA DEPARTMENT OF CORRECTIONS.  C. A. 4th Cir.  Certiorari denied.

No. 91–7242.  GEORGE v. VIRGINIA.  Sup. Ct. Va.  Certiorari denied.

No. 91–7247.  WILLIAMSON v. OKLAHOMA.  Ct. Crim. App. Okla.  Certiorari denied.

No. 91–7249.  CHEWNING v. IOWA.  Ct. App. Iowa.  Certiorari denied.

No. 91–7250.  YANKE v. FLORIDA.  Dist. Ct. App. Fla., 2d Dist. Certiorari denied.

No. 91–7251.  TYLER v. PURKETT, SUPERINTENDENT, FARMINGTON CORRECTIONAL CENTER.  C. A. 8th Cir.  Certiorari denied.

No. 91–7255.  CLARK v. OCEAN BRAND TUNA ET AL.  C. A. 6th Cir.  Certiorari denied.

No. 91–7257.  TAYLOR v. WASHINGTON.  Ct. App. Wash.  Certiorari denied.

No. 91–7258.  JOHNSON v. CODY, WARDEN, ET AL.  C. A. 10th Cir.  Certiorari denied.

No. 91–7260.  FREEMAN v. WHITLEY, WARDEN.  C. A. 5th Cir. Certiorari denied.